UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------
ABC,                                                                                22-mc-266

                         Petitioner,

                                                           ORDER

          -against-

DEF,

                        Respondent.

-------------------------------------------------------
CASTEL, District Judge

        For the reasons explained in <u>Robert Bosch GMBH v. Honewell International</u>, 2015 WL 128154 (S.D.N.Y. Jan. 6, 2015) and <u>Lugosch</u>, 435 F.3d 110 (2d Cir. 2006), the application to file Petition under seal in DENIED.

        SO ORDERED.

                                                                             _____
                                                                             P. Kevin Castel
                                                                             United States District Judge

Dated: New York, New York                                       PART I
           September 22, 2022